# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**UNITED STATES OF AMERICA**                            **PLAINTIFF**

v.                  No. 2:20-cr-55-DPM

**ANTRON WRIGHT**                                        **DEFENDANT**

## ORDER

Motion, *Doc. 5*, granted. The Information against Antron Wright is dismissed without prejudice.

So Ordered.

*/s/ DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

9 June 2021